Clarence **TATE**, Jr., Petitioner-Appellant,

v.

L. E. **DAGGETT** (Acting Warden), U. S. Penitentiary, Atlanta, Georgia, Respondent-Appellee.

No. 30764

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Dec. 16, 1970.

Certiorari Denied March 8, 1971.

See 91 S.Ct. 986.

Clarence Tate, Jr., pro se.

Allen I. Hirsch, Asst. U. S. Atty., John W. Stokes, Jr., U. S. Atty., Richard H. Still, Jr., Asst. U. S Atty., Atlanta, Ga., for respondent-appellee.

Before BELL, AINSWORTH and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1] See also: Craft v. United States, 433 F.2d 981 (5th Cir., 1970).

Sparran v. Weist, 402 F.2d 867, 877 (3d Cir. 1968) ; cert. denied sub nom. Fritzinger v. Weist, 395 U.S. 903, 89 S.Ct. 1739, 23 L.Ed.2d 217 (1969).

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5th Cir., 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of ·America, 430 F.2d 966 (5th Cir. 1970).